# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

FILED
U.S. DIST. COURT
BRUNSWICK DIV.
2005 JUL 26 A 8: 30
CLERK

| | | |
|---|---|---|
| BENJAMIN BEASLEY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| MCGOWAN CONSTRUCTION COMPANY, | : | |
| Defendant. | : | NO. CV205-99 |

## O R D E R

Upon consideration of Defendant's Motion to Dismiss, and Plaintiff's response thereto, the same is hereby **DENIED**.

**SO ORDERED**, this ___25___ day of July, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)